# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROOSEVELT PARKER,**

**Defendant.**                                         **No. 09-30082-DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Roosevelt Parker's Motion to Continue Trial (Doc. 12). Defendant states that the parties are currently engaged in plea negotiations but that these negotiations will not be finalized before the current trial date of September 8, 2009. The Government does not object to the motion. The Court, being fully advised in the premises, finds that Defendant needs additional time to conduct plea negotiations. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Parker in a speedy trial. Further, forcing the parties to trial on a case that appears to have great potential to resolve amicably would be a great miscarriage of justice.

Therefore, the Court **GRANTS** Defendant Parker's motion to continue trial (Doc. 12) and **CONTINUES** the jury trial scheduled for September 8, 2009 until **November 2, 2009 at 9:00 a.m.** The time for the date Defendant's motion was filed, August 24, 2009, until the date on which the trial is rescheduled, November 2,

2009, is excludable for purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 25th day of August, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**